FILED

**NOT FOR PUBLICATION**

OCT 20 2014

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DEISY M. PACHECO-DE VILLALTA; et al., | No. 13-70880 |
| Petitioners, | Agency Nos.     A095-754-410 <br> A095-754-412 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 14, 2014[**]

Before:     LEAVY, GOULD, and BERZON, Circuit Judges.

Deisy M. Pacheco-De Villalta and her son, natives and citizens of El

Salvador, petition for review of the Board of Immigration Appeals' ("BIA") order

dismissing their appeal from an immigration judge's ("IJ") decision denying

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     We deny petitioner's request for oral argument because the panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Pacheco-De Villalta's application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

Pacheco-De Villalta does not raise any challenge to the BIA's dispositive finding that, before the IJ, her counsel conceded a lack of nexus and pursued only CAT relief. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived).

We lack jurisdiction to review Pacheco-De Villalta's contentions regarding CAT relief because she failed to raise them to the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

The dismissal of this petition for review is without prejudice to the filing of a motion to reopen based on ineffective assistance of counsel.

**PETITION FOR REVIEW DISMISSED.**